UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE CRISP,<br><br>            Plaintiff,<br><br>      v.<br><br>WASCO STATE PRISON, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00815-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS UNNECESSARY<br><br>(ECF No. 10) |

    Plaintiff Obie Crisp is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on May 30, 2013. (ECF No. 1.) Plaintiff filed a motion for leave to amend on August 9, 2013. (ECF No. 10.)

    Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Id. In this case, a responsive pleading has not been served and Plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the Court.

    Plaintiff is advised that his amended complaint should be brief, Fed. R. Civ. P. 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights, Ashcroft v. Iqbal, 556 U.S. 662, 678-79, 129 S. Ct. 1937, 1948-49 (2009). Although

1

1  accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the
2  speculative level . . . ." <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 554, 555 (2007) (citations omitted).
3  Further, an amended complaint supercedes the original complaint. <u>Lacey v. Maricopa Cnty.</u>, 693 F.3d
4  896, 927 (9th Cir. 2012) (en banc).  Therefore, Plaintiff's amended complaint must be "complete in
5  itself without reference to the prior or superseded pleading."  Local Rule 220.
6      Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to amend is DENIED
7  as unnecessary.
8  IT IS SO ORDERED.

Dated:   **August 12, 2013**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE