1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE CRISP, | ) Case No.: 1:13-cv-00815-BAM PC |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY |
| v. | ) (ECF No. 16) |
| WASCO STATE PRISON, et al., | ) |
| Defendants. | ) |

Plaintiff Obie Crisp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on May 30, 2013. (ECF No. 1.) On August 22, 2013, Plaintiff filed a first amended complaint. (ECF No. 12.)

On December 2, 2013, Plaintiff filed the instant motion to start discovery. (ECF No. 16.) Plaintiff's request to begin discovery is premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has not screened Plaintiff's first amended complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on

1

1  Plaintiff's claims.  Accordingly, Plaintiff's motion to start discovery is premature and is DENIED
2  without prejudice.  The Court will screen Plaintiff's first amended complaint in due course.

4  IT IS SO ORDERED.

   Dated:   **March 13, 2014**          /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE